IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WARNER BROS. RECORDS, INC., et al.,

        Plaintiffs,                No. CIV S-06-1121 LKK DAD

   vs.

ADRIAN AGUILAR,

        Defendant.             ORDER

/

        The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

        On February 28, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed February 28, 2007, are adopted in full;

1

       2. Plaintiffs' November 30, 2006 amended motion for default, amending the motion for default judgment filed November 29, 2006, is granted; and

       3. The proposed default judgment and permanent injunction submitted by plaintiffs on November 29, 2006, has been signed and will be filed concurrently with this order.

DATED:    March 26, 2007.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT