Thomas M. Kerr (State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone: (415) 268-2000
Facsimile:  (415) 268-1999
tom.kerr@hro.com

Attorneys for Plaintiffs
WARNER BROS. RECORDS INC.; ARISTA
RECORDS LLC; UMG RECORDINGS, INC.;
SONY BMG MUSIC ENTERTAINMENT; CAPITOL
RECORDS, INC.; and VIRGIN RECORDS AMERICA, INC.

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; and VIRGIN RECORDS AMERICA, INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>ADRIAN AGUILAR,<br>Defendant. | Case No. 2:06-CV-01121-LKK-DAD<br><br>**DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

PDF created with pdfFactory trial version www.pdffactory.com

Based upon Plaintiffs' Application for Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the eight (8) sound recordings listed in Exhibit A to Plaintiffs' Complaint.  Accordingly, having adjudged to be in default, Defendant Adrian Aguilar ("Defendant") shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

1. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

2. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "The Power of Equality," on album "Blood Sugar Sex Magik," by artist "Red Hot Chili Peppers" (SR# 135-276);
- "Paradise (Not For Me)," on album "Music," by artist "Madonna" (SR# 285-828);
- "The Hat," on album "The Bedroom Tapes," by artist "Carly Simon" (SR# 284-883);
- "All Apologies," on album "In Utero," by artist "Nirvana" (SR# 172-276);
- "Cover Me," on album "Born In The U.S.A.," by artist "Bruce Springsteen" (SR# 55-647);
- "Get Up and Jump," on album "The Red Hot Chili Peppers," by artist "Red Hot Chili Peppers" (SR# 56-249);
- "Got 'Til It's Gone," on album "The Velvet Rope," by artist "Janet Jackson" (SR# 261-516);
- "Cherub Rock," on album "Siamese Dream," by artist "Smashing Pumpkins" (SR# 169-635);

and in any other sound recording, whether now in experience or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) and of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant shall also destroy all copies of Plaintiffs' Recordings that defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control./warner1121.defaultjudgment

1
[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION
Case No. 2:06-CV-01121-LKK-DAD
#26859 v1

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  March 26, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2
[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION
Case No. 2:06-CV-01121-LKK-DAD
#26859 v1

PDF created with pdfFactory trial version www.pdffactory.com